**John I. BUFF, Defendant/Appellant,**

v.

**STATE of Missouri,
Plaintiff/Respondent.**

**No. ED 80529.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 10, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 20, 2003.

Application for Transfert Denied
April 1, 2003.

James W. Schottel, Law Firm Schottel
& Associates. P.C., St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL,
JR., P.J., SHERRI B. SULLIVAN, J., and
GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

John I. Buff (Appellant) appeals from
the trial court's judgment denying his Rule
29.15 [1] Pro Se Motion to Vacate, Set Aside,
or Correct Sentence and Judgment (hereinafter Rule 29.15 motion) without a hearing. We have reviewed the briefs of the
parties and the record on appeal and find
that the trial court's decision is not clearly
erroneous. Rule 29.15(k). An extended
opinion would have no precedential value.
We have, however, provided a memorandum setting forth the reasons for our deci-

sion to the parties for their use only. We
affirm the judgment pursuant to Missouri
Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2002, unless otherwise indicated.